IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

Luis Alberto Rios Rodriguez
HC-69 Box 15517
Bayamón PR 00956
    Plaintiff

Dept. de Justicia de P.R.
HON. Secretaria Ines Del C.
Carrau Martinez
PO Box 9020192
San Juan PR 00902-0192
    Defendant

20-cv-1513(GAG)

RECEIVED AND FILED
2020 SEP 29 PM 2:26

## Complaint

**I JURISDICTION**

1. That Judge Iris L. Cancio Gonzalez assigned to case ST2020CV00783 in Courtroom 908 in San Juan Judicial Center P.R. ✱

2. That in Order May-27-2020 the Judge gave me 30 days to get Legal Representation by my self.

3. That in Order January 22-2020 I was officialy authorized to litigate by IN FORMA PAUPERIS.

**II ALLEGATIONS:**

1. That Judge Iris L. Cancio Do not recognice my right to have the undersigned Legal Counsel.

2. That Judge Iris L. Cancio Do not recognice my right to litigate by my self: self defence. Legitimate defence.

3. That Judge Iris L. Cancio is in a heavy Contradiction in Terms.

pag-1

4) That Judge approved the FORMA PAUPERIS but at the same time gave Ordinance To get a councel and in the mean time don't give Access To the Justice. Is a Fling-Flan game. prejudiced IS when let me DEFENSELESS: DELIBERATED

5) That Judge accepted my A.P.S. file and then is infringing the secection 11, Hum. 67-1993, 3 LPRA sec. 402j; 2) Articles 3.06, 4.19 and 8.22 of mental Health of P.R.

6) That Judge is showing off an Legal coaction game.

7) That Judge in Order feb-13-2020 was asking me To Take steps To have a councel help or assist free. Afther the Order was Done in the Order of June-16-2020 The Judge I.L. Cansio Notifys That I have NOT RIGHT to undersigned Legal councel. The EVIDENCE of a HEAVY contradiction is there. The Behavior was and meant disrespect. Played with me like Kid. (Jurisprudece) Bragdon v. Abbott, 524 U.S. 624 (1998), Olmstead v. L.C. 527 U.S. 581 (1999) - Law Num. 52-1995. Law Num. 212-1999. * Both cases has the same ENTAILMENT with Behingeri Legislaton and with the CIVIL NO. 20-01013 (PAD).

IV. RELIEF

That the Judge had knoledge my file APS and * and the KPE2015-3748 file. I have 60 years old and I don't have Social Security. I ask and beg, and ply To be compensated for emotional, physical, mentkal damage: along with emotional anguish, depression, descompesations, and physical anguish in the amount of $150.000 along with the amendments and Litigations expenses. I implores to the Court To assing me undersigned Legal councel.

Luis A. Rios Rodriguez
Sept-29-2020

Pag. 2